# United States Court of Appeals for the Fifth Circuit

---

No. 25-50309
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

November 25, 2025

Lyle W. Cayce
Clerk

Jabias D. Jones,

*Plaintiff—Appellant*,

*versus*

Amber Martinez, *Assistant District Attorney, Chief of Child Protection Services Unit*; Charles Levy, ad litem,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-5

---

Before Smith, Dennis, and Haynes, *Circuit Judges*.

Per Curiam:[*]

Federal Rule of Appellate Procedure 4(a)(1)(A) requires litigants to file a notice of appeal "within 30 days after entry of the judgment or order appealed from." The district court entered an order of dismissal on February 20, 2025. Plaintiff Jabias Jones appealed the dismissal on April 17, 2025. Because the appeal is untimely, we lack jurisdiction to consider it. *Frew v.*

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50309

*Young*, 992 F.3d 391, 395 (5th Cir. 2021) (citing *Bowles v. Russell*, 551 U.S. 205, 209–13 (2007)).

Accordingly, the appeal is DISMISSED for want of jurisdiction.